IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:09cr13-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| KENNETH LEE FOSTER. | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion for Wiretap: (Transcripts) Order an Application Civil #1:09mc00001 [Doc. 500] and Motion to Release Jenks 3500 Material [Doc. 502].

On August 26, 2009, the Defendant was sentenced to 360 months imprisonment. [Doc. 347]. He filed a notice of appeal and his appeal remains pending with the United States Fourth Circuit Court of Appeals. [Doc. 363]. On November 4, 2009, the Fourth Circuit appointed Samuel B. Winthrop to represent him on appeal. [Doc. 416].

The Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina (Local Rules of Criminal Procedure) provide in pertinent part as follows:

> [T]he Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived his or her right to counsel in the presence of a judicial officer after being fully advised of the consequences of the waiver.

Loc.R.Crim.P. 47.1(H).

The Court will not entertain the Defendant's *pro se* filings which are hereby stricken from the record.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion for Wiretap: (Transcripts) Order an Application Civil #1:09mc00001 [Doc. 500] and Motion to Release Jenks 3500 Material [Doc. 502] are hereby **STRICKEN** from the record.

Signed: March 9, 2010

Martin Reidinger
United States District Judge