# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:09-cr-00013-MR-DLH-8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| KENNETH LEE FOSTER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Leave to File for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Based on Amendment 750 to U.S.S.G. § 1B1.10" [Doc. 878].

By the present motion, the Defendant moves for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 750. [Doc. 878]. The Defendant's motion must be denied. Because the Defendant's guideline range was determined by his status as a career offender, Amendment 750 provides no change in the guideline calculations in this case. [See Doc. 338 at 9; Doc. 666 at 1].

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Leave to File for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)

Based on Amendment 750 to U.S.S.G. § 1B1.10" [Doc. 878] is **DENIED.**

**IT IS SO ORDERED.**

Signed: August 18, 2017

Martin Reidinger
United States District Judge