# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:09-cr-00013-MR-WCM-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| KENNETH LEE FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion Pursuant to Uniform Commercial Code 28:3-604 Discharge by Cancellation or Renunciation . . ." [Doc. 1013] and "Commercial Affidavit of Truth" [Doc. 1014].

By these filings, the Defendant purports to invoke his rights under the Uniform Commercial Code. This, however, is a criminal case. The Uniform Commercial Code has no applicability to these proceedings. These filings, therefore, are legally baseless and frivolous. For these reasons, the Defendant's filings will be stricken from the record. Future frivolous filings of this nature will also be stricken without further order.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion Pursuant to Uniform Commercial Code 28:3-604 Discharge by Cancellation

or Renunciation . . ." [Doc. 1013] and "Commercial Affidavit of Truth" [Doc. 1014] are hereby **STRICKEN** from the record.

 **IT IS SO ORDERED**.

Signed: August 7, 2023

Martin Reidinger
Chief United States District Judge